IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JESSE WATKINS, *individually and on behalf of all others similarly situated*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-538-RP |
| | § | |
| EYEBUYDIRECT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 13, 2026, the parties dismissed all claims in this case without prejudice as to Plaintiff's individual claims and without prejudice as to any claims of any other putative class members. (Dkt. 34). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on February 17, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE